### (April 21, 1977)

■ NORMA JULIE, Appellant, v WOLF A. POPPER, Defendant-Respondent, and Third-Party Plaintiff-Respondent. JEFF CRAIG ASSOCIATES, INC., et al., Third-Party Defendants-Respondents.—Order, Supreme Court, New York County, entered on October 3, 1976, unanimously affirmed, without costs and without disbursements, on the opinion of Gellinoff, J. Concur—Murphy, P. J., Capozzoli, Lane and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT PITTS, Appellant.—Judgment, Supreme Court, New York County, rendered on September 8, 1976, unanimously affirmed on the opinion of Denzer, J., at the suppression hearing. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Silverman, Markewich and Lynch, JJ. [84 Misc 2d 708.]

■ STATE ELECTRICAL SUPPLY, INC., Appellant, v JAMES KING AND SON, INC., et al., Respondents.—Order, Supreme Court, New York County, entered on July 6, 1976, unanimously affirmed for the reason given by Schwartz, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Silverman, Markewich and Lynch, JJ.

■ KIDDER PEABODY & CO., INCORPORATED, Appellant, v BANCO INTERNACIONAL, S. A., Respondent.—Judgment, Supreme Court, New York County, entered on April 2, 1976, unanimously affirmed on the opinion of Helman, J., at Trial Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Lane and Lynch, JJ.

■ DEUTSCHE LUFTHANSA AG., Also Known as LUFTHANSA GERMAN AIRLINES, Respondent, v CITY OF NEW YORK et al., Appellants.—Order and judgment (one paper), Supreme Court, New York County, entered on January 30, 1976, unanimously affirmed for the reasons stated by Gellinoff, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Lane and Lynch, JJ. [85 Misc 2d 719.]

■ CHARLES SEGAL, Appellant, v LEON E. BORDEN et al., Respondents.—Order, Supreme Court, New York County, entered on January 5, 1977, unanimously affirmed for the reasons stated by Gellinoff, J., at Special Term. Respondents shall recover of appellant $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Lane and Lynch, JJ.